## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Suzanne B. Conlon | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 04 C 3904 | **DATE** | 2/23/2005 |
| **CASE TITLE** | Lewis vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT:**

Motion hearing held. Plaintiff's motion to compel certain depositions [56-1] is granted. The defendants are to produce Eric Rausch, James Clemmons, Rachel Johnston, Michael Mealer, Commander Sodini, and Lori Lightfoot for deposition by 3/9/05. All listed depositions, except for that of Lori Lightfoot, are limited to two (2) hours. This order does not authorize any other discovery to be initiated or taken. All matters subject to the referral having been concluded, the referral is hereby terminated.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | mm |
|---|---|---|