IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BILLIE RAY LEWIS, as Brother, Next Friend, and Special Administrator of CHRISTOPHER HICKS, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 04 C 3904 ) |
| CITY OF CHICAGO, and CHICAGO POLICE OFFICERS L. SOTO, Star 8403, A. PENA, Star 18513, ROBERT ARNOLTS, Star 19998, and BRIAN DEVAN, Star 3871, | ) Judge Conlon ) ) ) ) |
| Defendants. | ) |

FILED
OCT 21 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION TO APPROVE DISBURSEMENT

Plaintiff, Billie Ray Lewis, by his attorneys, Smith, Coffey, and Alexander, respectfully requests that this Court approve the distribution of proceeds as outlined in the attached Exhibit A.

In support of this motion, plaintiff attaches the affidavits of Billie Ray Lewis and Merlene Wynn-Hicks, and states as follows:

1. The plaintiff, Billie Ray Lewis, has agreed to accept the sum of $3.5 million to settle his wrongful death claim against the City of Chicago and certain Chicago police officers relative to the death of his brother, Christopher Hicks.

2. The decedent, Christopher Hicks' purported only heir at law is his widow, Merlene Wynn-Hicks, who has nominated Billie Ray Lewis to be the independent administrator of Christopher Hicks' estate.

1

3. Merlene Wynn-Hicks desires that Billie Ray Lewis be paid an administrator's fee for his time and efforts in prosecuting this lawsuit, in the amount of $15,000.

4. Certain members of Christopher Hicks' immediate family have raised issues of whether Merlene Wynn-Hicks is the proper heir-at-law of Christopher Hicks, and Merlene Wynn-Hicks wishes to settle any and all claims that she is not the proper heir of Christopher Hicks.

5. Merlene Wynn-Hicks and all immediate family members of Christopher Hicks, to settle all possible claims of heirship, have agreed to the following split of the net wrongful death proceeds of the settlement in this case: 20% to Merlene Wynn-Hicks, 20% to the decedent's mother, Florence Hicks, with the remaining 60% to be split evenly by Christopher Hicks' eleven siblings and half-siblings, as reflected in the separate Family Settlement Agreement.

6. The plaintiff and Merlene Wynn-Hicks have approved the attached Exhibit A list of litigation expenses and attorneys' fees.

7. None of the decedent's next of kin or siblings are minors.

8. All final expenses and debts of the decedent have been paid or provided for.

WHEREFORE, plaintiff respectfully requests that this Court approve the distribution of proceeds as outlined in the attached Exhibit A.

Respectfully submitted,

BILLIE RAY LEWIS

By: One of his attorneys

Daniel S. Alexander
Christopher Smith
SMITH, COFFEY & ALEXANDER
119 North Peoria Street
Suite 3A
Chicago, Illinois 60607
312-850-2600

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BILLIE RAY LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04 C 3904 |
| | ) | |
| v. | ) | Judge Conlon |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |
| | ) | |

**EXHIBIT A - EXPENSES**

FINAL EXPENSES OF CHRISTOPHER HICKS

| | | |
|---|---|---|
| City of Chicago | EMS services | $ 366.00 |
| Northwestern Memorial Hosp. | Med bill | $ 2122.20 |
| | Total Cost = | $ 2488.20 |

EXPERT WITNESS EXPENSES

| | | |
|---|---|---|
| Smith Economics Group, Ltd | Case review/report preparation | $ 3765.00 |
| | Messenger services | $ 6.60 |
| | Review of Defense Econ report | $ 295.00 |
| | Total Cost = | $ 4066.60 |
| Sullivan & Associates | Case review/report preparation | $13,200.00 |
| | Deposition Preparation | |
| Dr. Shaku Teas | Autopsy | $ 2,650.00 |
| Dr. Jesse Hall | Review of records/Depositions | $ 5400.00 |
| | Review of records/Depositions | $ 3000.00 |
| | Review of records/Depositions | $ 1600.00 |
| | Review of records/Video Dep | $ 6300.00 |
| | Total Cost = | $16,300.00 |
| National Justice Consultants Inc. | Deposition of Defense expert | $ 1500.00 |

1

| | | | |
|---|---|---|---|
| Dr. Charles Wetli | Deposition of Defense expert | | $ 1999.00 |
| James O'Donnell | Deposition of Defense expert | | $ 2612.50 |
| Gerry L. Suchanek | Deposition of Defense expert | | $ 1000.00 |

## COURT REPORTER EXPENSES

### Patti Blair Court Reporters, PC

| | | |
|---|---|---|
| Transcript of Louis Soto | 10-28-04 | $ 842.65 |
| Transcript of Robert Arnolts & Artemio Pena | 10-27-04 | $ 1072.20 |
| Transcript of Artemio Pena 2 & Brian De Van | 11-01-04 | $ 729.00 |
| Reporter Appearance on Dickman & Aztlan | 11-26-04 | $ 536.25 |
| Reporter Appearance on Michael Bosco | 11-24-04 | $ 266.00 |
| Reporter Appearance on Kevin Byrne | 11-30-04 | $ 318.50 |
| Transcript of Rickey Galbreth | 12-07-04 | $ 927.00 |
| Reporter Appearance on Det. Galbreath | 12-07-04 | $ 341.00 |
| Transcript of Kevin Byrne | 12-09-04 | $ 582.50 |
| Transcript of Dickman & Aztlan | 12-09-04 | $ 874.00 |
| Reporter Appearance on Patrick McNulty | 12-29-04 | $ 146.00 |
| Reporter Appearance on Foster & Connolly | 01-06-05 | $ 302.00 |
| Transcript of Patrick McNulty & Sidney Davis | 01-13-05 | $ 919.00 |
| Transcript of Wayne Wiberg & Jackie Campbell | 01-28-05 | $ 916.60 |
| Transcript of Amy Braley & Lori Lightfoot | 02-03-05 | $ 728.45 |
| Reporter Appearance on Gerry Suchanek | 02-04-05 | $ 350.00 |
| Reporter Appearance on Dr. J. O'Donnell | 02-07-05 | $ 775.00 |
| Transcript of Mary Conley | 02-10-05 | $ 305.70 |
| Transcript of Foster & Connolly | 02-18-04 | $ 428.10 |
| Transcript of Dr. J. O'Donnell | 02-25-05 | $ 822.30 |
| Transcript of Michael Mealer | 02-28-05 | $ 379.65 |
| Transcript of Ronald Sodini | 03-16-05 | $ 344.10 |
| Transcript of James Clemmons | 03-04-05 | $ 349.70 |
| Transcript of Lori Lightfoot 2 | 03-09-05 | $ 411.30 |
| Transcript of Vince Nyenke | 03-09-05 | $ 120.00 |
| Transcript of Peree Lawson | 03-30-05 | $ 361.00 |
| Reporter Appearance on Beretta Lewis | 03-31-05 | $ 158.50 |
| Transcript of Beretta Lewis | 04-20-05 | $ 236.10 |
| Reporter Appearance on Elenia Hudson | 05-12-05 | $ 120.00 |
| Transcript of Gerry Suchanek | 05-11-05 | $ 730.50 |
| Transcript of Elenia Hudson | 06-14-05 | $ 240.90 |
| Transcript of Jesse Hall | 07-07-05 | $ 1562.62 |
| | Total = | $ 17,196.62 |

### Urlaub, Bowen & Associates, Inc.

| | | | |
|---|---|---|---|
| Transcript of Billie Ray Lewis | 09-10-04 | $ | 377.20 |
| Transcript of Andre Lewis | 09-22-04 | $ | 146.50 |
| Transcript of Dr. Clare Cunliffe | 12-14-04 | $ | 387.45 |
| Transcript of Dr. Clare Cunliffe 2 | 12-23-04 | $ | 323.90 |
| Transcript of Laura Soria | 12-28-04 | $ | 186.55 |
| Transcript of Rachel Perry | 01-07-05 | $ | 82.00 |
| Transcript of Kevin Kendall | 01-19-05 | $ | 490.50 |
| Transcript of Glenn Smith | 01-21-05 | $ | 145.55 |
| Transcript of Dr. Jesse Hall | 01-25-05 | $ | 303.40 |
| Transcript of Stan Smith | 01-26-05 | $ | 157.85 |
| Transcript delivery fees | 07-08-05 | $ | 21.65 |
| | Total = | $ | **2622.55** |

### Century Court Reporters, Inc.

| | | | |
|---|---|---|---|
| Transcript of Narris Lewis | 11-08-04 | $ | 328.00 |
| Transcript of Clarence Chapman | 03-02-05 | $ | 1372.75 |
| Transcript of Merlene Wynn-Hicks | 11-09-04 | $ | 271.75 |
| | Total = | $ | **1972.50** |

### Associated Reporters of Nevada

| | | | |
|---|---|---|---|
| Transcript of John Sullivan | 01-31-05 | $ | 830.50 |
| Transcript of John Sullivan 2 | 07-12-05 | $ | 495.00 |
| | Total = | $ | **1325.50** |

### In Re Reporting Service

| | | | |
|---|---|---|---|
| Transcript of Florence Hicks | 11-23-04 | $ | 217.23 |
| Dep of Ardis Lewis, Florence Hicks & Jean Combs | 11-23-04 | $ | 296.80 |
| | Total = | $ | **514.03** |

### M & M Reporting, Inc.

| | | | |
|---|---|---|---|
| Transcript of Charles Wetli, M.D. | 02-15-05 | $ | **1987.95** |

### PROBATE COURT EXPENSES

| | | |
|---|---|---|
| Clerk of the Probate Court<br>Probate Filing Fees 09-14-05 | $ | 256.00 |

3

| | | | | |
|---|---|---|---|---|
| Daily Law Bulletin | Publication fees | | $ | 176.00 |
| Filpi & Filpi | Probate Bond premium | | $ | 200.00 |
| | | Total = | $ | **632.00** |

## MISC EXPENSES

| | | | | |
|---|---|---|---|---|
| Clerk of the U.S. Court | | | $ | 150.00 |
| Filing Fees 06-8-04 | | | | |
| Cook County ME | | 12-14-04 | $ | 155.00 |
| X-rays & Histology Slides | | | | |
| Trial Graphix | Maps & Enlargements | 05-31-05 | $ | 4025.00 |
| Advanced Video Solutions, Inc | Video Dep | 06-27-05 | $ | 325.00 |
| Advanced Video Solutions, Inc | Video Dep | 06-27-05 | $ | 662.50 |
| Billie Ray Lewis | Administrator fee | | $ | 15,000.00 |
| | | Total = | $ | **20,317.50** |

## STATUTORY WITNESS FEES

| | | | |
|---|---|---|---|
| Loretta White | 09-28-04 | $ | 40.77 |
| Debra Burton | 09-28-04 | $ | 40.77 |
| Rachel Perry | 07-01-05 | $ | 43.00 |
| Glenn Smith | 07-01-05 | $ | 43.00 |
| Dr. Aldeen | 07-01-05 | $ | 43.00 |
| Elania Hudson | 05-05-05 | $ | 43.00 |
| Kevin Kendell | 06-16-05 | $ | 43.00 |
| Laura Soria | 06-16-05 | $ | 43.00 |
| Peree Larson | 06-16-05 | $ | 43.00 |
| Terry Hillard | 06-16-05 | $ | 43.00 |
| Bernatta Lewis | 06-16-05 | $ | 43.00 |
| Elania Hudson | 06-16-05 | $ | 43.00 |
| Dr. Clare Cunliffe | 06-16-05 | $ | 43.00 |
| Inv. Rios | 06-16-05 | $ | 43.00 |
| Theo Jamison | 06-16-05 | $ | 43.00 |
| Kirby McMillon | 06-16-05 | $ | 43.00 |
| | Total = | $ | **683.54** |

## FEDEX & DOCUMENT EXPENSES

| | | | |
|---|---|---|---|
| Mite Records | 10-08-04 | $ | 15.00 |
| Mite Records | 11-29-04 | $ | 15.00 |
| Mite Records | 12-15-04 | $ | 95.00 |

4

| | | | |
|---|---|---|---:|
| ImageStat | 12-14-04 | $ | 45.82 |
| Video One - copies 911 tapes | 03-07-05 | $ | 67.43 |
| Video One - copies 911 tapes | 03-08-05 | $ | 68.00 |
| Video One - copies video tapes | 05-10-05 | $ | 130.50 |
| IRS Tax return copies | 11-15-04 | $ | 156.00 |
| FedEx | 10-20-04 | $ | 86.70 |
| FedEx | 10-29-04 | $ | 39.02 |
| FedEx | 11-03-04 | $ | 25.00 |
| FedEx | 11-08-04 | $ | 68.64 |
| FedEx | 01-14-05 | $ | 25.00 |
| FedEx | 01-26-05 | $ | 28.89 |
| FedEx | 02-10-05 | $ | 50.90 |
| FedEx | 03-04-05 | $ | 59.26 |
| FedEx | 05-10-05 | $ | 38.80 |
| In House Copying | N/C | $ | 00.00 |
| | Total = | $ | 1014.96 |

### INVESTIGATION EXPENSES

| | | | |
|---|---|---|---:|
| Investigation/prover | 09-27-04 | $ | 125.00 |
| Investigation/ Statement of Robert Bradley | 10-25-04 | $ | 125.00 |
| Investigation/Statement of Ericka Stewart | 11-04-04 | $ | 125.00 |
| Pager I.D search | 12-01-04 | $ | 200.00 |
| Search for Kevin Kendall | 12-08-04 | $ | 50.00 |
| Canvass for Kevin Kendell, Herc, etc. | 12-10-04 | $ | 500.00 |
| Interview of Kevin Kendall/Dixmore | 01-06-05 | $ | 350.00 |
| Investigation/ search for Michael Creasy | 01-31-05 | $ | 250.00 |
| | Total = | $ | 1725.00 |

### TRAVEL

| | | | |
|---|---|---|---:|
| Flight to Shreveport, LA for Hick Family Depositions | 11-22-04 | $ | 603.40 |
| Hotel cost in Shreveport | 11-22-04 | $ | 80.47 |
| Flight to New York for Dr. Wetli Deposition | 02-15-05 | $ | 255.40 |
| New York Conference Room fee | 02-15-05 | $ | 210.00 |
| Parking, Food expenses in New York | 02-15-05 | $ | 82.22 |
| Flight to Los Angeles for Chapman Deposition | 02-18-05 | $ | 206.90 |
| Hotel cost in Los Angeles | 02-18-05 | $ | 180.18 |
| Flight & Hotel in Las Vegas for Sullivan Deposition | 01-29-05 | $ | 450.00 |
| Flight to Los Angeles for Hick Family Depositions | 11-09-04 | $ | 176.70 |
| Travel, taxi & food expenses x 3 days | 11-10-04 | $ | 200.00 |
| Michael and Florence Hicks Travel to Chicago | 01-06-05 | $ | 541.10 |
| | Total = | $ | 2986.37 |

5

## OUTSIDE ATTORNEYS' FEES

| | | |
|---|---|---|
| Greg Garofolo - Probate work | 01-08-05 | $ 1000.00 |
| DiMonte & Lizak – Tax/Probate | 10-01-05 | $  250.00 |
| Sinar Keldermans, Miller & Friedman, LLC - Tax/Probate | 10-13-05 | $  687.50 |
| | Total = | $ 1937.50 |

## ATTORNEY'S FEE

One Third of $3.5 Million  $ 1,166,667.00
Smith, Coffey & Alexander

**Grand Total  $ 1,267,399.32**

APPROVED:
_____

*[signature: Billie Ray Lewis]*
BILLIE RAY LEWIS

6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BILLIE RAY LEWIS, as Brother, Next Friend, and Special Administrator of CHRISTOPHER HICKS, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO, and CHICAGO POLICE OFFICERS L. SOTO, Star 8403, A. PENA, Star 18513, ROBERT ARNOLTS, Star 19998, and BRIAN DEVAN, Star 3871,<br><br>    Defendants. | No. 04 C 3904<br><br>Judge Conlon |

## AFFIDAVIT OF BILLIE RAY LEWIS

BILLIE RAY LEWIS, being first duly sworn on oath, deposes and states as follows:

1. I am the plaintiff in the wrongful death case against the City of Chicago and certain police officers regarding the death of my brother, Christopher Hicks. I have agreed to accept the sum of $3.5 million to settle the wrongful death claim against the City of Chicago and certain Chicago police officers relative to the death of my brother.

2. I was nominated to be the independent administrator of my brother's estate by Christopher Hicks' widow, Merlene Wynn-Hicks.

3. Certain members of Christopher Hicks' immediate family have raised issues of whether Merlene Wynn-Hicks is the proper heir-at-law of Christopher Hicks, and Merlene Wynn-Hicks has expressed her desire to settle any and all claims that she is not the proper heir of Christopher Hicks.

1

4. Merlene Wynn-Hicks, I, and all immediate family members of Christopher Hicks, in order to settle all possible claims of heirship, have agreed to the following split of the net wrongful death proceeds of the settlement in this case: 20% to Merlene Wynn-Hicks, 20% to the decedent's mother, Florence Hicks, with the remaining 60% to be split evenly by Christopher Hicks' eleven siblings and half-siblings, as reflected in the separate Family Settlement Agreement.

5. Merlene Wynn-Hicks, I, and all parties to the Family Settlement Agreement have approved the attached Exhibit A list of litigation expenses and attorneys' fees.

6. None of the decedent's next of kin or siblings are minors.

7. All final expenses and debts of the decedent have been paid or provided for.

FURTHER AFFIANT SAYETH NOT.

_____
Billie Ray Lewis

Subscribed and sworn to before me
this __18__ day of October, 2005.

_____
Notary Public PHILLIP L. COFFEY
"OFFICIAL SEAL"
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 09/24/2008

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BILLIE RAY LEWIS, as Brother, Next Friend, and Special Administrator of CHRISTOPHER HICKS, deceased,  ) ) ) ) Plaintiff,  ) ) v.  ) ) CITY OF CHICAGO, and CHICAGO POLICE OFFICERS L. SOTO, Star 8403, A. PENA, Star 18513, ROBERT ARNOLTS, Star 19998, and BRIAN DEVAN, Star 3871,  ) ) ) ) ) Defendants.  ) | No. 04 C 3904<br><br>Judge Conlon |

### AFFIDAVIT OF MERLENE WYNN-HICKS

MERLENE WYNN-HICKS, being first duly sworn on oath, deposes and states as follows:

1. I am the widow of Christopher Hicks, who is the subject of a wrongful death case against the City of Chicago and certain police officers. I nominated Billie Ray Lewis, Christopher Hicks' brother, to be the administrator of my husband's estate, and to prosecute the wrongful death lawsuit against Chicago and the police officers involved in my husband's death.

2. Billie Ray Lewis agreed to accept the sum of $3.5 million to settle the wrongful death lawsuit, and I approve of this settlement.

3. Certain members of Christopher Hicks' immediate family have raised issues of whether I am the proper heir-at-law of Christopher Hicks. I deny that I am not the lawful widow and heir of Christopher Hicks. However, in order to avoid the risks and expenses of litigation,

1

and to settle any and all claims that I am not the proper heir of Christopher Hicks, I have voluntarily agreed to the separate Family Settlement Agreement, wherein I have agreed to the following split of the net wrongful death proceeds of the settlement in this case: 20% to myself, 20% to the decedent's mother, Florence Hicks, with the remaining 60% to be split evenly by Christopher Hicks' eleven siblings and half-siblings, as reflected in the separate Family Settlement Agreement.

5. I have reviewed and I approve the attached Exhibit A list of litigation expenses and attorneys' fees.

6. I am aware that Billie Ray Lewis has expended considerable time and effort in prosecuting this lawsuit, and it is my desire that he be paid an administrator's fee in the amount of $15,000.

FURTHER AFFIANT SAYETH NOT.

_____
Marlene Wynn-Hicks

Subscribed and sworn to before me
this 20 day of October, 2005.

_____
Notary Public

"OFFICIAL SEAL"
PHILLIP L. COFFEY
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 09/24/2008

2